# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| JEREMIAH ROSHEED JOINER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  3:21-CV-050-DCLC-HBG |
| ) | |
| ANDERSON COUNTY SHERIFF'S ) | |
| OFFICE, OFFICER M. MUDGETT, and ) | |
| CORPORAL KEYS, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.  The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT

s/John Medearis
CLERK OF COURT